IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIS RANDOLPH,

        Petitioner,                No. 2:13- cv-0723 EFB P

     vs.

GARY SWARTHOUT,

        Respondent.         <u>ORDER</u>

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

     Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).  The court will not rule on petitioner's application for leave to proceed *in forma pauperis*.

     Accordingly, it is hereby ordered that:

     1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule 120(f).

     2.  The Clerk of Court shall assign a new case number.

////

////

1

3.   All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated:  April 15, 2013.

                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE